| | |
|---|---|
| CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>MARISSA HARRIS (NYBN 4763025)<br>Assistant United States Attorney<br><br>   60 South Market Street, Suite 1200<br>   San Jose, California 95113<br>   Telephone: (408) 535-5061<br>   FAX: (408) 535-5066<br>   marissa.harris@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Oct 28 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIKE GAMA,<br><br>   Defendant. | CASE NO. **CR 25-71281-MAG**<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 28, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☐    Criminal Complaint

☒    Other (describe) Supervised Release Violation Petition

pending in the Eastern District of California, Case Number 21-CR-00199-JAM.

In that case (copy of petition attached), the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 3583.

v. 8/29/2025

Description of Charges: <u>Supervised Release Violation (Grade A)</u>.

The maximum penalties are as follows:

- 5 years of imprisonment
- Additional supervised release for up to five years less any term of imprisonment imposed upon revocation of supervised release

                                            Respectfully Submitted,

                                            CRAIG H. MISSAKIAN
                                            UNITED STATES ATTORNEY

Date: October 28, 2025                          /s/
                                            MARISSA HARRIS
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Mike Gama | **Docket Number:** | 0972 2:21CR00199-001 |

**Name of Judicial Officer:**    Senior United States District Judge John A. Mendez

**Date of Original Sentence:**    01/13/2014

**Original Offense:** Count 1: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) - Possession with Intent to Distribute One Kilogram or more of Heroin (Class A Felony) and Count 2: 21 U.S.C. §§ 952(a) and 960(b)(1)(A) - Importation of one Kilogram or more of Heroin into the United States (Class A Felony).

**Original Sentence:** 120 months custody of the Bureau of Prisons as to Counts 1 and 2 to be served concurrently; 5-year term of Supervised Release as to Counts 1 and 2 to be served concurrently; Mandatory Drug Testing; No firearms; DNA collection; $200 Special Assessment.

**Special Conditions:**
Search Condition (Standard)
Financial Disclosure
Educational Program
Drug Registration

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    7/22/2021

**Other Court Actions:**

| | |
|---|---|
| 10/18/2021: | Transfer of Jurisdiction from the Northern District of California to the Eastern District of California. Case reassigned to Your Honor. |
| 11/04/2021: | Out of country travel to Mexico approved by Your Honor. |
| 04/19/2022: | Out of country travel to Mexico approved by Your Honor. |
| 08/03/2022: | Probation 12B to Modify Conditions Filed with The Court adding substance abuse treatment, substance abuse testing, abstain from alcohol and treatment copay. |

| | |
|---|---|
| RE: Mike Gama | **Docket Number:** 0972 2:21CR00199-001 |

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**     **NEW LAW VIOLATION**

On April 17, 2025, Mr. Gama was arrested by Santa Clara Police Department for felony domestic violence, felony assault with a deadly weapon likely to cause great bodily injury, misdemeanor battery, and a misdemeanor traffic warrant. This is in violation of the Mandatory Condition which states, *"The defendant shall not commit another federal, state or local crime."*

**Charge 2:**     **FAILURE TO REPORT CHANGE IN RESIDENCE**

On April 17, 2025, Mr. Gama was arrested in Santa Clara, California and it was determined he has been residing there. Mr. Gama did not have permission to reside outside the Eastern District of California nor did he inform the Probation Office of his plans to move. This is in violation of Standard Condition Number 6, which states, *"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment".*

**Justification:** According to Santa Clara Police Department Report Number 25-04160119, on April 17, 2025, Mr. Gama was arrested by Santa Clara Police for felony domestic violence, felony assault with a deadly weapon likely to cause great bodily injury, misdemeanor battery, and a misdemeanor warrant. The report states Mr. Gama, while intoxicated, strangled his wife and pushed his mother-in-law to the floor when she attempted to intervene. He fled the scene but was located by officers a short time later. An emergency protective order is in place prohibiting Mr. Gama from having contact with the victims. They reside together so he will be unable to return to the residence if released.

| | |
|---|---|
| RE: Mike Gama | Docket Number: 0972 2:21CR00199-001 |

The report also states Mr. Gama has been residing in Santa Clara, with the victim, for an unknown amount of time. At no point did he gain permission before or inform the probation officer after he moved.

A check of the jail screen shows Mr. Gama was released on April 21, 2025. He has yet to contact Probation.

**Detention:** The violent conduct and seriousness of Mr. Gama's arrest speaks to his risk of danger to the community. His failure to notify the probation of a change in address paired with him not being able to return to the residence he was currently residing, speaks to his risk of flight. Therefore, it is respectfully requested a warrant be issued for his arrest and he remain detained pending resolution of the alleged violation conduct.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:** April 22, 2025
Modesto, California

Respectfully submitted,

*/s/ Whitney Mize*

Whitney Mize
Senior United States Probation Officer
Telephone: 209-985-7423

**DATED:** 4/22/2025

Reviewed by,

*/s/ Ronnie Preap*

Ronnie Preap
Supervising United States Probation Officer

| | |
|---|---|
| RE: **Mike Gama** | **Docket Number:** 0972 2:21CR00199-001 |

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

### FURTHER PROCEEDINGS REGARDING CUSTODY:

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

Dated: April 25, 2025                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

CC:

United States Probation

United States Marshal Service

RE: **Mike Gama**  **Docket Number: 0972 2:21CR00199-001**

## STATEMENT OF EVIDENCE OF ALLEGED

## SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
Senior United States District Judge
Sacramento, California

                        RE:    Gama, Mike
                                **Docket Number: 0972 2:21CR00199**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    a.  **Evidence:**

        i. Santa Clara Police Department Report Number 25-04160119.

    b.  **Witnesses:**

        i. Santa Clara Police Officers.

**Charge 2:**    **FAILURE TO REPORT CHANGE IN RESIDENCE**

    a.  **Evidence:**

        i. Santa Clara Police Department Report Number 25-04160119.

    b.  **Witnesses:**

        i. United States Probation Officer Assistant Paco Yee.

RE: Mike Gama

Docket Number: 0972 2:21CR00199-001

Respectfully submitted,

*(signature)*

**Whitney Mize**
**Senior United States Probation Officer**
Telephone: 209-985-7423

**DATED:**   4/22/2025
Modesto, California

Reviewed by,

*(signature)*

**Ronnie Preap**
**Supervising United States Probation Officer**

RE: **Mike Gama**                                          **Docket Number:** 0972 2:21CR00199-001

## REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Mike Gama        **Docket Number:** 0972 2:21CR00199

**Date of Original Offense:**     01/13/2014

**Original term of supervised release imposed: 5 years**

**Highest grade of violation alleged: A**

**Criminal History Category of person under supervision: I**

**Original guideline range: 120 to 121 months.**

**Chapter 7 range of imprisonment: 24 to 30 months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

☒        **Class A felony - 5 years**

**Violation requires mandatory revocation: YES:** ☐   **NO:** ☒

**Original offense committed before 09/13/94:** Court may sentence up to the original term of supervised release, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Court must state on the record the reasons for sentences which exceed Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the re-imposition is limited to the term of supervised release originally imposed, less the term of imprisonment imposed upon revocation.

**Original offense committed after 09/13/94 but before 04/30/2003:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

**Original offense committed on or after 04/30/2003:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

RE: **Mike Gama**                                                               **Docket Number: 0972 2:21CR00199-001**

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94:** Title 18 USC 3583 instructs that supervision be revoked upon a finding of possession of a controlled substance. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession." A possession finding requires the imposition of a sentence not less than one-third of the term of supervised release.

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

MIKE GAMA,

Case No: 2:21-CR-00199-JAM

# WARRANT FOR ARREST

USMS SACRAMENTO RCVD
APR 25 2025 PM 12:13

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Mike Gama

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**Supervised Release Violation**

in violation of Title __18__ United States Code, Section(s) __3606__

V. Kyono
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at __NO BAIL__

Deputy Clerk
Title of Issuing Officer

4/25/25        Sacramento, CA
Date and Location

by  Senior District Judge John A. Mendez

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |